IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VALERIE L. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-012 |
| | ) | |
| TAYLOR M. NEUHAUS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Defendant removed this case to the Southern District of Georgia from the Superior Court of Richmond County on February 9, 2022. The Clerk of Court issued a Removal Notice to All Counsel of Record on February 10, 2022, informing Dustin Michael Barr, Plaintiff's counsel, he must file a notice of appearance or motion for admission *pro hac vice* within ten days if he intended to continue representing Plaintiff. (Doc. no. 3.) Mr. Barr has not made an appearance, and no other attorney has appeared on behalf of Plaintiff. By Friday, February 25, 2022, Plaintiff's counsel shall enter an appearance or notify the Court of Plaintiff's intentions.

The Notice issued by the Clerk of Court did not notify Jon E. Ingram, Jr., counsel for "Plaintiff's putative uninsured/underinsured motorist carrier," (doc. no. 1, ¶ 4), he must file a notice of appearance. However, as it appears Mr. Ingram brought a cross claim on behalf of State Farm Mutual Automobile Insurance Company in state court, if he intends to continue

his representation in federal court, he, too, must file a notice of appearance by Friday, February 25, 2022.

The Court **DIRECTS** the **CLERK** to serve this Order on Messrs. Barr and Ingram by email and United States Mail and document the same on the record.

SO ORDERED this 23rd day of February, 2022, at Augusta, Georgia.

*[signature]*

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA